**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE LEON VENABLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TIM VIRGA, Warden,<br><br>　　　　Respondent. | NO. CV 13-7458-VAP(AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　DATED: August 3, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE